BLANK ROME LLP
Ana Tagvoryan (SBN 246536)
ana.tagvoryan@blankrome.com
Victor Sandoval (SBN 344461)
victor.sandoval@blankrome.com
Ping Zhang (SBN 312257)
Ping.zhang@blankrome.com)
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

Attorneys for Defendant
FLEXISPOT, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL KEARNEY,<br><br>Plaintiff,<br><br>vs.<br><br>FLEXISPOT, INC., a California corporation, d/b/a WWW.FLEXISPOT.COM,<br><br>Defendant. | Case No. 8:25−cv−01588−MRA−KES<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br><br><u>Hearing:</u><br>Date: November 3, 2025<br>Time: 1:30 P.M.<br>Place: Ronald Reagan Federal Building & U.S. Courthouse 411 West Fourth Street Courtroom 9B Santa Ana, CA 92701<br>Judge: Hon. Mónica Ramírez Almadani<br><br>Filed: July 22, 2025<br>Trial: Not set |

**TO THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that on November 3, 2025 at 1:30 p.m., or as soon thereafter as the motion may be heard in Courtroom 9B of the above entitled Court located at the Ronald Reagan Federal Building & U.S. Courthouse, 411 West Fourth Street, 9th Floor Santa Ana, CA 92701, the Honorable Mónica Ramírez Almadani presiding, Defendant Flexispot, Inc. ("Defendant") will, and hereby does, move the Court for an order dismissing this action in its entirety with prejudice and without leave to amend pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1), on the grounds that plaintiff has failed to state a claim on which relief can be granted and plaintiff lacks Article III standing. This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on September 11, 2025.

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, all pleadings and papers in the Court's file, and upon such oral argument as may be made at the hearing on the motion and such other evidence as may be admitted at the time of the hearing on the motion.

DATED: September 23, 2025 BLANK ROME LLP

By: */s/ Victor Sandoval*
Ana Tagvoryan
Victor Sandoval
Ping Zhang
Attorneys for Defendant
FLEXISPOT, INC.